JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKILLA D. SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 8:18-cv-01690-SHK<br><br>JUDGMENT |

It is the judgment of this Court that, consistent with this Court's Order, the Case is dismissed without prejudice.

DATED: June 19, 2019

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge